IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L.A.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-CV-448-WKW |
| ) | [WO] |
| NANCY BUCKNER and KIM ) | |
| MASHEGO, in their individual and ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 22, 2022, the court ordered Plaintiff to file an amended complaint under seal on or before January 9, 2023.  (Doc. # 14.)  Plaintiff has yet to comply with this order.  Therefore, Plaintiff is ORDERED to file an amended complaint under seal on or before **January 30, 2023**, or this cause will be dismissed without prejudice.

DONE this 23rd day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE