IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L.A.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-448-WKW |
| | ) [WO] |
| NANCY BUCKNER and KIM | ) |
| MASHEGO, in their individual and | ) |
| official capacities, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Based on the Order entered on January 30, 2023 (Doc. # 17), it is ORDERED that the Motion to Voluntarily Dismiss (Doc. # 16) is DENIED.

DONE this 31st day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE