IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L.A.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-CV-448-WKW |
| ) | [WO] |
| NANCY BUCKNER and KIM ) | |
| MASHEGO, in their individual and ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is Plaintiff's Motion for Leave to Substitute Exhibits to Amended Complaint and Motion to File Under Seal. (Doc. # 28.) Plaintiff seeks to substitute new versions of Exhibits A and B in his First Amended Complaint. (Docs. # 20-1, 20-2.) Defendants filed a Response and do not oppose this Motion. (Doc. # 32.)

Also before the court is Defendants' Motion to Strike the original Exhibits A and B in the First Amended Complaint. (Doc. # 26.) Plaintiff has filed a Response and does not oppose this Motion. (Doc. # 33.)

Therefore, it is ORDERED that Plaintiff's Motion for Leave to Substitute Exhibits (Doc. # 28) is GRANTED. Plaintiff is DIRECTED to file the amended exhibits under seal on or before **March 31, 2023**. It is further ORDERED that

Defendant's Motion to Strike (Doc. # 26) is GRANTED.  The Clerk of the Court is DIRECTED to strike the original Exhibits A and B (Docs. # 20-1, 20-2) from the record.

DONE this 17th day of March, 2023.

                                                /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE